AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| SCOTT MARTIN | ) | 20-mj-49 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 3, 2020__ in the parish of __St. Tammany__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmission in interstate or foreign commerce of any communication containing any threat to injure the person of another. |

This criminal complaint is based on these facts:

see attached Affidavit.

☑ Continued on the attached sheet.

*s/Brock Flint*
Complainant's signature

Special Agent Brock Flint, Federal Bureau of Investigation
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/4/20

Judge's signature

City and state: New Orleans, Louisiana        Honorable Michael B. North, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | NO. 20-mj-49 |
| v. | * | |
| SCOTT D. MARTIN | * | |
| | * * * | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, BROCK FLINT, being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and assigned to the New Orleans Field Office. I have been employed as a Special Agent for over a year, and have participated in numerous investigations. Previous to my employment with the FBI, I was an Explosive Ordnance Disposal specialist with United States Air Force specializing in Improvised Explosive Devices and how those attacks are perpetuated. I am presently assigned to the Joint Terrorism Task Force, based in New Orleans, Louisiana. The task force is currently investigating a threatened attack on the Bonnet Carre Spillway.

2. I am familiar with the circumstances of the offenses described in this affidavit though a combination of personal knowledge of the facts; discussions with other FBI SAs; discussions with other law enforcement officials; and, other investigative activities conducted and investigative materials obtained during the investigation.

3. I make this affidavit in support of a criminal complaint charging SCOTT MARTIN with violating Title 18, United States Code, Section 875(c), the transmission in interstate or foreign commerce of any communication containing any threat to injure the person of another. This affidavit does not include all facts known to me, but rather contains facts sufficient to support the issuance of an arrest warrant.

4. On April 1, 2020, askthecorps@usace.army.mil received an email from sdm0833@gmail.com stating, "If I have to I will defend my property by any means necessary."

5. Through the course of the investigation, sdm0833@gmail.com was found to belong to MARTIN.

6. On April 3, 2020, the Army Corps of Engineers Public Hotline received a call from (504) 912-7388. The caller demanded to speak to the Army Corps of Engineer's Commander, Murphy. Before the call could be forwarded, the caller stated, "If you open that damn spillway, I'm going to start attacking. I have the means and the ammunition."

7. The US Army Corps of Engineers believed that call to be a threat, and as they were in the process of opening the Spillway, brought out extra security to the opening of the Bonnet Carre Spillway.

8. Through the course of their investigation, agents learned that telephone number (504) 912-7388 resolved to MARTIN, residing at 240 Lakeview Drive, Slidell, Louisiana  70458. FBI Special Agents positively identified MARTIN and determined that he was located at that residence throughout the day on April 3, 2020.

9. Special Agents approached the residence to interview MARTIN.  MARTIN was on the balcony of his bedroom telling SAs to shoot him, and said he was going inside to get his guns.  MARTIN went into his bedroom and came back out on numerous occasions, but did not brandish a weapon during the conversation.  Upon entering the residence, a safety sweep was conducted, and SAs found numerous firearms in the home. In addition, SAs found, on the subject's bed, an assault style rifle with a large drum of ammunition attached to it.

10. After being placed under arrest and advised of his rights, MARTIN admitted to SAs that he made a phone call to the US Army Corps of Engineers, but said he could not remember the contents of the call.

11. For the foregoing reasons, I respectfully submit that there is probable cause to believe that on April 3, 2020, MARTIN did, through the use of telephone and email, willfully make a threat, regarding an attack to injure members of the US Army Corps of Engineers, in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

*s/Brock Flint*
Special Agent Brock Flint
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue.  In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed to and sworn before me,
this ___4th___ day of April, 2020,
New Orleans, Louisiana.

_____
Honorable Michael B. North
United States Magistrate Judge

2